# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

NELDA SALCEDO,

    Plaintiff,

v.                                                CV 17-646 KK/WPL

CITY OF SANTA FE and SANTA FE
POLICE DEPARTMENT, CITY POLICE OFFICER
BRYAN MARTINEZ AND SUCH OTHER AFFICERS
YET TO BE IDENTIFIED,

    Defendants.

## ORDER GRANTING MOTION TO STAY

On June 21, 2017, the Defendants filed a motion to stay discovery (Doc. 7) pending resolution of their motion to dismiss (Doc. 6). Pursuant to Local Rule 7.1(b), "[t]he failure of a party to file and serve a response in opposition to a motion within the time prescribed for doing so constitutes consent to grant the motion." Salcedo had "fourteen (14) calendar days after service of the motion" in which to file a response. D.N.M.LR-Civ. 7.4(a). As of July 10, 2017, Salcedo has not filed a response and has not filed a notice of extension of briefing. Accordingly, Salcedo has consented to the Defendants' motion to stay discovery pending resolution of the motion to dismiss.

The motion to stay (Doc. 7) is therefore granted. The deadline to submit the Joint Status Report is vacated, as is the Rule 16 scheduling conference set for July 24, 2017, at 9:00 a.m. The Court will issue an amended initial scheduling order after resolution of the motion to dismiss.

IT IS SO ORDERED.

_____
William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.